

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00250-CV

| | | |
|---|---|---|
| JERALD MILLER, Appellant | § | On Appeal from the 153rd District Court |
| v. | § | of Tarrant County (153-361706-25) |
| | § | August 21, 2025 |
| THE STATE OF TEXAS | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker